**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MINNIE KNOWLTON, on behalf of herself
and all other similarly situated individuals,

      Plaintiff,

vs.                                        Case No. 3:19-cv-696-J-34JBT

BIG B RANCH, INC.,
d/b/a COCKTAILS LOUNGE,

      Defendant.
_____/

**ORDER**

      **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 43; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on June 30, 2020.  In the Report, Judge Toomey recommends that the Renewed Unopposed Motion for Judicial Approval of Settlement and Dismissal of Action with Prejudice (Dkt. No. 42; Motion) be granted, the Settlement Agreement and General Release be approved, and that the case be dismissed with prejudice.  See Report at 1-2, 8-9.  No objections to the Report have been filed, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th

Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant for unpaid minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA) and the Florida Minimum Wage Act, Fla. Stat. § 448.110 (FMWA). See Complaint (Dkt. No. 8). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Motion (Dkt. No. 42). Upon review of the record, including the Report, Motion, and Settlement Agreement and General Release, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's claims. Accordingly, the Court will accept and adopt Judge Toomey's Report.

In light of the foregoing, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 43) is **ADOPTED** as the opinion of the Court.

2. The Renewed Unopposed Motion for Judicial Approval of Settlement and Dismissal of Action with Prejudice (Dkt. No. 42) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and General Release (Dkt. No. 42 at 12-16) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of July, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record